UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MASONRY INDUSTRY TRUST
ADMINISTRATION, INC., an
Oregon corporation,

       Plaintiff,

                                        Civil No. 06-1639-HA

    v.

                                        ORDER

ACCENT MASONRY, LLC, a Washington
limited liability corporation., et al.

       Defendant.

      Order that plaintiff's Motion for Attorneys Fees [57] is granted. Plaintiff is entitled to recover reasonable attorney fees and costs from defendants Accent Masonry, LLC, and Greystone Masonry, LLC, in the total amount of $21,072.00, and $470.00 as set forth in plaintiff's Bill of Costs [58].

      Dated this __6__ day of August, 2008.

                                                         /s/ ANCER L. HAGGERTY
                                                         ANCER L. HAGGERTY
                                            UNITED STATES DISTRICT JUDGE