UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

MASONRY INDUSTRY TRUST  
ADMINISTRATION, INC., an Oregon  
Corporation,

    Plaintiff,

v.

STACEY FIRTH, an individual; and  
JAMES HENRIKSON, an individual,

    Defendants.

Case No.:3:06-cv-01639-HA  
ORDER

HAGGERTY, District Judge:

On May 28, 2013, this court granted summary judgment for plaintiff, and on September 26, 2013, entered a Judgment against defendant Firth. Currently, plaintiff moves for attorney fees and costs pursuant to Federal Rule of Civil Procedure 54. Defendant filed no response to plaintiff's motion. After reviewing plaintiff's Motion for Attorney Fees [129] and Bill of Costs

1- ORDER

[130], the court finds plaintiff's request reasonable. Therefore, defendant Firth is ordered to pay plaintiff $3,382.50 in attorney fees and $250.00 in costs. Plaintiff may seek additional fees if costs of collection are incurred.

IT IS SO ORDERED.

DATED this 5 day of November, 2013.

                                                Ancer L. Haggerty
                                                United States District Judge

2- ORDER