Bradley L. Middleton, OSB #893114
BRADLEY L. MIDDLETON, P.C.
6950 SW Hampton, Suite 250
Tigard, Oregon 97223
(503) 968-7487
(503) 968-6766 Facsimile
bradley@middletonpc.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., an Oregon corporation, | Case No. 06-CV-01639-HA |
| Plaintiff, | ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JAMES HENRIKSON |
| v. | |
| ACCENT MASONRY, LLC, a Washington limited liability corporation; STACEY FIRTH, an individual; JAMES HENRIKSON, an individual; TINA MCCALL, an individual; and GREYSTONE MASONRY, LLC, a Washington limited liability corporation, | |
| Defendants. | |

Based on the Motion and Declaration of Plaintiff's attorney and the records and files

herein,

///

///

PAGE 1 - ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JAMES HENRIKSON

IT IS HEREBY ORDERED that the above case is dismissed without prejudice as to Defendant James Henrikson and without fees and costs to either party.

DATED this 12 day of March 2014.

District Court Judge

Respectfully submitted,

BRADLEY L. MIDDLETON, P.C.

/s/ Bradley L. Middleton
Bradley L. Middleton, OSB No. 89311
(503) 968-7487
(503) 968-6755 (Fax)
bradley@middletonpc.com
Of Attorneys for Plaintiff

mit\accent\pleading\henricksondismissalorder3.2014

PAGE 2 - ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JAMES HENRIKSON